ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8933
     Facsimile:  (415) 744-0134
     Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE SANCHEZ, | ) No.: 2:09-cv-06556-E |
|     Plaintiff, | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) [~~PROPOSED~~] **JUDGMENT** |
|     Defendant | ) |

    The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated:  7/18/13

_____
HON. CHARLES F. EICK
United States Magistrate Judge